VIVIAN MUNITZ, Appellant, v. RAYMOND J. MUNITZ, Respondent.— Order (1) granting defendant's motion to vacate an order modifying a judgment of separation by incorporating therein a provision enjoining defendant from prosecuting a divorce action without this State, and (2) denying plaintiff's cross motion for allowance for counsel fee affirmed, without costs. The court was without jurisdiction to make the order enjoining the defendant in the light of the fact that a final judgment of separation had been entered prior thereto. (*Long* v. *Long*, 196 Misc. 982, 277 App. Div. 1033, motion for leave to appeal dismissed 302 N. Y. 700; *Ravaud* v. *Ravaud*, 273 App. Div. 507; *Duckworth* v. *Duckworth*, 200 Misc. 10.) Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLANDO CAMERLENGO, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting him of violating section 986 of the Penal Law (book-making), and sentencing him to pay a fine of $100 or to serve thirty days. The fine was paid. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, Schmidt and Beldock, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAIRE SCHRAM, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting her of a violation of section 965 of the Penal Law (excessive charges in connection with rental agreements). Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, Schmidt and Beldock, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. FITZPATRICK, Appellant, against BERT TRUESDELL, as Sheriff of the County of Orange, Respondent.— In a habeas corpus proceeding, in the County Court of Orange County, an order dismissing the writ was entered in the office of the clerk of that county on June 4, 1952. By notice of appeal dated July 1, 1952, the relator appealed from the order. The appeal was argued before this court on February 13. 1953. The relator died on or about February 21, 1953. On the stipulation of the attorneys for the respective parties, the appeal is discontinued, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.